DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NIPPONKOA INSURANCE CO., LTD., U.S. BRANCH,

                *Plaintiffs,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY,

                *Defendant.*
------------------------------------------------x

08 CIV. 1302
JUDGE SAND

STATEMENT PURSUANT TO F.R.C.P. 7.1

FEB -8 2008
USDC SDNY

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- Nipponkoa Life Insurance Company, Ltd.
- Nipponkoa Insurance Company, Ltd.

Dated: Rye, New York
February 8, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*