# Certificate of Service

Va Code 8.01-293, 8.01-320, 8.01-325

**United States District Court**

Case number

**Nipponkoa Insurance Co., LTD., US**
Plaintiff/Petitioner

*In re/* Vs

**Norfolk Southern Railway Comp**
Defendant/Respondent

Service Information: **Roger Peterson, RA For Norfolk Southern Railway Company**
**3 Commercial Place, Norfolk, VA 23510**

NAME AND ADDRESS OF PERSON/ENTITY BEING SERVED

Documents(s): **Summons & Complaint**

I, **Ryan Rodriguez** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **Tuesday, February 19, 2008,** at **10:17 AM**
                           Date                                Time

### MANNER OF SERVICE:

{ XX } **Personal Service** - By delivering a copy of the above described process in writing to him/her or entity in person.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on: **February 19, 2008** at **Norfolk, Virginia**
                                Date                    City / State

State of **VIRGINIA**, City of **Norfolk**

_____
Signature of Process Server

Subscribed and sworn before me, a notary public, this **February 19, 2008**

_____
NOTARY PUBLIC

REF # **247818**

TEENA DRISKELL
Notary Public
Commonwealth of Virginia
268501
My Commission Expires Apr 30, 2010

My Commission Expires:

April 30, 2010

**Legal Ease**
139 Fulton Street
New York, New York 10038

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2-19-2008  @ 10:17 AM |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Roger Peterson, RA, for Norfolk Southern Railway Co. 3 Commercial Place, Norfolk, VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-19-2008
             Date

Signature of Server

600 Archcourt Court
Norfolk, VA 23502
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

NIPPONKOA INSURANCE CO., LTD., U.S. BRANCH

V.

NORFOLK SOUTHERN RAILWAY COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 1302**

**JUDGE SAND**

TO: (Name and address of Defendant)

Norfolk Southern Railway Company
C/O C T Corporation System
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
Tel: (914) 921-1200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

DATE  FEB 8 2008

7817