UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
NIPPONKOA INSURANCE CO., LTD., U.S,
BRANCH,

                              Plaintiff,                      08 Civ. 1302

    - against -

NORFOLK SOUTHERN RAILWAY
COMPANY                                                **RULE 7.1 STATEMENT**
KAWASAKI KISEN KAISHA, LTD.
d/b/a K LINE and NORFOLK SOUTHERN
RAILWAY COMPANY,

                            Defendants.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Norfolk Southern Railway Company, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      Norfolk Southern Railway Company is wholly owned by Norfolk Southern Corporation.

Dated: March 7, 2008

                                      By: _____
                                            John W. Hoefling
                                            Attorney Bar Code JH 6577
                                            Attorneys for Defendant
                                            Norfolk Southern Railway Company

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on March 7, 2008, a true and correct copy of the foregoing Rule 7.1 Statement of Defendant Norfolk Southern Railway Company was filed electronically. Notice of this filing served via U.S. Mail, postage pre-paid, on the date listed below upon the following counsel of record:

Maloof Browne & Eagan, LLC
Attorneys for Plainitff
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580-1411
David T. Maloff, Esq.
Thomas M. Eagan, Esq.

By: _____
John W. Hoefling
Attorney Bar Code: JH 6577

Index No. CV1302                    Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE CO., LTD., U.S. BRANCH

Plaintiff,

-against-

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant.

## RULE 7.1 STATEMENT

*Attorneys for*

**KELLY, RODE & KELLY, LLP**

DEFENDANT

330 OLD COUNTRY ROAD
SUITE 305
MINEOLA, NEW YORK 11501
TELEPHONE NO. (516) 739-0400
FACSIMILE NO. (516) 739-0434

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated:...............................        Signature ........................................................................

                                             Print Signer's Name........................................................

*Service of a copy of the within*                                              *is hereby admitted.*

Dated:

                                             Attorney(s) for

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                    20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.                    , one of the judges of the within-named Court,
at
on                    20        , at            M.

Dated:

                                                                **KELLY, RODE & KELLY, LLP**
                              Attorneys for

                                                                330 OLD COUNTRY ROAD

To: