M15.32
CMB

# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

March 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 18 2008

<u>Via Facsimile – 1 Page</u>

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007
Fax: (212) 805-6304

Re:   *Nipponkoa Insurance Co., Ltd., U.S. Branch v. Norfolk Southern Railway Company*
Docket No.:   08 Civ. 1302 (PAC)
Our Ref:      1415.32

Dear Judge Crotty:

We are attorneys for plaintiff NipponKoa Insurance Company, Ltd – US Branch. The case involves damage to a shipment of autoparts arising from a train derailment.

<u>On consent of defendant, we respectfully ask for a 30-day adjournment of the March 19, 2008 Preliminary Conference.</u> Defendant has just filed their answer on March 7. We believe that the adjournment will provide the opportunity for informal exchange of documents with the view towards possible resolution.

There have been no prior requests for adjournment.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Thomas M. Eagan

TME/bm

cc: <u>Via Fax</u>
John W. Hoefling, Esq.
Kelly, Rode & Kelly, LLP
Fax: (516) 739-0434

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to Monday 4/21/08 at 2:30 pm in Courtroom 20-C

SO ORDERED: MAR 18 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

F:/WP-Docs/1415.32/031208 TME Ltr to J. Crotty.doc

```
TRANSMISSION VERIFICATION REPORT

                            TIME   : 03/12/2008 10:55
                            NAME   : MALOOF BROWNE EAGAN
                            FAX    : 19149211023
                            TEL    : 19149211200
                            SER. # : BROH5J318310

DATE,TIME         03/12  10:54
FAX NO./NAME      12128056304--141532
DURATION          00:00:15
PAGE(S)           01
RESULT            OK
MODE              STANDARD
                  ECM
```

# MALOOF BROWNE & EAGAN LLC

**THOMAS M. EAGAN**

411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

March 12, 2008

**Via Facsimile – 1 Page**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007
Fax: (212) 805-6304

Re: *Nipponkoa Insurance Co., Ltd., U.S. Branch v. Norfolk Southern Railway Company*
Docket No.: *08 Civ. 1302 (PAC)*
Our Ref: *1415.32*

Dear Judge Crotty:

We are attorneys for plaintiff NipponKoa Insurance Company, Ltd – US Branch. The case involves damage to a shipment of autoparts arising from a train derailment.

On consent of defendant, we respectfully ask for a 30-day adjournment of the March 19, 2008 Preliminary Conference. Defendant has just filed their answer on March 7. We believe that the adjournment will provide the opportunity for informal exchange of documents with the



"Thomas Eagan"
<teagan@maloofandbrowne.com>

03/18/2008 09:20 AM

To <Marlon_Ovalles@nysd.uscourts.gov>

cc "David Maloof" <Dmaloof@maloofandbrowne.com>,
<jwhoefling@krklaw.com>

bcc

Subject RE: Nipponkoa Insurance Co., Ltd. v. Norfolk Southern Railway Company - 08 Civ. 1302

Mr. Ovalles,

Thank you for your email. For your guidance, per attached we did fax the request on March 12. We appreciate the Court's understanding in granting the adjournment.

Regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

This email contains information that is confidential, attorney-client privileged, attorney work-product and/or that is otherwise privileged or protected. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges. This email is sent on a without prejudice basis and all contents are subject to client approval before becoming binding.

-----Original Message-----
From: Marlon_Ovalles@nysd.uscourts.gov [mailto:Marlon_Ovalles@nysd.uscourts.gov]
Sent: Tuesday, March 18, 2008 9:01 AM
To: Thomas Eagan
Cc: David Maloof; jwhoefling@krklaw.com
Subject: RE: Nipponkoa Insurance Co., Ltd. v. Norfolk Southern Railway Company - 08 Civ. 1302

Mr. Eagan,

Our records reflect that the fax was not received on March 12, 2008. Pursuant to the attached letter, the conference has been taken off the calendar. Judge Crotty will issue an endorsement on the letter today, and it will be posted on CM/ECF.

In the future, please comply with Rule 1E of Judge Crotty's Individual Practices with respect to adjournments. His Honors' Individual Practices were posted on CM / ECF together with the IPTC Order on March 7, 2008. Please remember to comply with the IPTC Order before the IPTC date. Thank you.