

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE CO. LTD,
U.S. BRANCH

                *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY

                *Defendant.*

ECF CASE

08 CIV. 1302

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John W. Hoefling, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Jeffrey D. Cohen, Esquire
    Firm Name:    Keenan Cohen & Howard P.C.
    Address:    One Pitcairn Place, Suite 2400, 165 Township Line Road
    City/State/Zip    Jenkintown, PA 19046
    Telephone    (212) 609-1110
    Facsimile    (212) 609-1117
    Email    jcohen@freightlaw.net

Jeffrey D. Cohen is a member in good standing of the Bar of the State(s) of Pennsylvania.

Pennsylvania Bar #: 77798.

There are no pending disciplinary proceedings against Jeffrey D. Cohen in any State or Federal court.

Dated: April 9, 2008
       Mineola, New York

Respectfully submitted,

*[signature]*

John W. Hoefling, Esq.
SDNY Bar #:   JH6577
Firm Name:   Kelly, Rode & Kelly, LLP
Address:   330 Old County Road
      Suite 305
City:   Mineola
State:   New York
Zip Code:   11501
Phone Number:   (516) 739-0400
Fax Number:   (516) 739-0434
Our File No.:   JWH 100900-655

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPONKOA INSURANCE CO. LTD, U.S. BRANCH<br><br>          *Plaintiff,*<br><br>- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY<br><br>          *Defendant.* | ECF CASE<br><br>08 CIV. 1302<br><br>AFFIDAVIT OF JOHN W. HOEFLING IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York )
        ) ss:
County of Nassau )

  John W. Hoefling, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendant Norfolk Southern Railway Company in the above captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Defendant's motion to admit Jeffrey D. Cohen as counsel *pro hac vice* to represent Defendant Norfolk Southern Railway Co. in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Jeffrey D. Cohen since 2006.

4. Mr. Cohen is a partner in the firm of Keenan Cohen & Howard P.C., Jenkintown, Pennsylvania.

5. I have found Mr. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey D. Cohen *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jeffrey D. Cohen *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the motion to admit Jeffrey D. Cohen *pro hac vice* to represent Defendant Norfolk Southern Railway Company in the above-captioned matter be granted.

Dated: April 9, 2008
Mineola, New York

John W. Hoefling
SDNY Bar Code: JH-6755

Sworn to before me this

9th day of April, 2008

ROSANNE D.C. VLAHAKIS
NOTARY PUBLIC, State of New York
No. 30-4609260
Qualified in Nassau County
Commission Expires 7/31/20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NIPPONKOA INSURANCE CO., LTD., U.S.         Index No. 08 CIV. 1302
BRANCH,

                         Plaintiff,         **AFFIDAVIT OF**

    -against-                                                **JEFFREY D. COHEN**

NORFOLK SOUTHERN RAILWAY
COMPANY,

                         Defendant.
------------------------------------------------------------x

COMMONWEALTH OF PENNSYLVANIA    )
                                                         ) SS.:
COUNTY OF PHILADELPHIA                          )

JEFFREY D. COHEN, being duly sworn, deposes and says:

1. I am a member of the law firm of KEENAN COHEN & HOWARD, P.C.

2. I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

                                                                Jeffrey D. Cohen, Esq.

Sworn to before me this
8th day of April, 2008.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
AMY L. NICKELS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 25, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeffrey D. Cohen, Esq.*

### DATE OF ADMISSION

*June 20, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  April 7, 2008

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPONKOA INSURANCE CO. LTD, U.S. BRANCH<br><br>*Plaintiff,*<br><br>- against -<br><br>NORFOLK SOUTHERN RAILWAY COMPANY<br><br>*Defendant.* | ECF CASE<br><br>08 CIV. 1302<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Shawn P. Kelly, attorney for Defendant Norfolk Southern Railway Company and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey D. Cohen, Esquire |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400, 165 Township Line Road |
| City/State/Zip | Jenkintown, PA 19046 |
| Telephone | (212) 609-1110 |
| Facsimile | (212) 609-1117 |
| Email | jcohen@freightlaw.net |

Is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April         , 2008
            New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on April 9, 2008, a true and correct copy of the foregoing Motion for Pro Hac Vice Admission was filed with the Court and served upon the following parties via first class mail, postage pre-paid:

>David T. Maloof, Esquire
>Thomas M. Eagan, Esquire
>MALOOF BROWN & EAGAN, LLC
>411 Theodore Fremd Avenue, Suite 190
>Rye, NY 10580-1411
>
>*Attorneys for Plaintiff*
>*Nipponkoa Insurance Company Ltd.*

By: _____
John W. Hoefling, Esq. (JH6577)