UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 5 2008

NIPPONKOA INSURANCE CO. LTD,
U.S. BRANCH

               *Plaintiff,*

- against -

NORFOLK SOUTHERN RAILWAY COMPANY

               *Defendant.*

ECF CASE

08 CIV. 1302

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Shawn P. Kelly, attorney for Defendant Norfolk Southern Railway Company and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey D. Cohen, Esquire |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400, 165 Township Line Road |
| City/State/Zip | Jenkintown, PA 19046 |
| Telephone | (212) 609-1110 |
| Facsimile | (212) 609-1117 |
| Email | jcohen@freightlaw.net |

Is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 15, 2008
       New York, New York

*/s/ Paul A. Crotty*
United States District Judge