# MALOOF BROWNE & EAGAN LLC

**THOMAS M. EAGAN**
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

May 20, 2008

**Via Facsmile – 1 Page**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007
Fax: (212) 805-6304

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 20 2008
```

Re: *Nipponkoa Insurance Co., Ltd., U.S. Branch v. Norfolk Southern Railway Company*
Docket No.: 08 Civ. 1302 (PAC)
Our Ref: 1415.32

Dear Judge Crotty:

We are attorneys for plaintiff NipponKoa Insurance Co., Ltd., U.S. Branch.

On **consent** of defendants, we respectfully request a one week extension of time to submit plaintiff's brief in opposition to defendant's motion to transfer venue – **from June 2nd until June 9, 2008**. In turn, defendant's reply would likewise be extended – **from June 16 until June 23, 2008**. A case management plan has not yet been entered. The short extension of time will enable the parties to fully brief the issue.

There have been no prior extensions requested.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Thomas M. Eagan

TME/bm

cc: **Via Facsimile**
Mr. Jeffrey D. Cohen, Esq.
Fax: (215) 609-1117

F:\WP-DOCS\1415.32\052008 TME ltr to J Crotty.doc

**SO ORDERED: MAY 20 2008**

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE